**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIRECTV, INC., | CASE NO. CV-F-03-6718 OWW LJO |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON DEFAULT JUDGMENT MOTION** (Doc. 37) |
| vs. | |
| ORGIL McVAY, | |
| Defendants. | |

In this satellite piracy action, plaintiff DIRECTV, Inc. ("DIRECTV") seeks a $20,000 default judgment against defendant Orgil McVay ("defendant"). Defendant has neither made an appearance nor filed papers in this action.

On September 19, 2005, the Magistrate Judge filed findings and recommendations that plaintiff be granted a $4,000 (four thousand dollar) default judgment, pursuant to 47 U.S.C. §605(a), $950.00 in attorneys' fees, and costs pursuant to Rule 54. The findings and recommendations were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within ten (10) days. *See* Rules 5(a) and 55(b)(2), Federal Rules of Civil Procedures. No objections have been filed.

In accordance with the provisions of 28 U.S.C. §636(b)(1)(C) and Local Rule 73-305, the Court has carefully reviewed the entire file. The Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED THAT:

1. The findings and recommendations issued by the Magistrate Judge on September 19, 2005 are ADOPTED in full.
2. This Court GRANTS the following:
   a. The motion for default judgment in favor of DIRECTV, Inc. and against defendant Orgil McVay in the amount of $4,000, pursuant to 47 U.S.C. §605(a),
   b. The request for attorneys' fees in the amount of $950.00, and
   c. The request for costs to be awarded pursuant to Rule 54.

IT IS SO ORDERED.

**Dated:   October 11, 2005**              /s/ **Oliver W. Wanger**
emm0d6                                     UNITED STATES DISTRICT JUDGE