```
                                        FILED
                                   JUDGMENT ENTERED

                              _____October 31, 2005___
                                         Date
                                 by _____G. Lucas_____
                                       Deputy Clerk
                                   U.S. District Court
                              Eastern District of California
                              __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

DIRECTV, INC.,

    Plaintiff,

vs.                          **JUDGMENT IN A CIVIL ACTION**

                                  CV-F-03-6718 OWW/LJO

ORGIL McVAY,

    Defendant.
_____/

       DECISION BY COURT: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the plaintiff DIRECTV, INC., and against the defendant ORGIL McVAY in the amount of $4,950.00 plus costs as determined.

DATED:

                                      JACK L. WAGNER, Clerk

                                      /S/ Greg Lucas
                         By:
                                      Deputy Clerk

jgm.civ
2/1/95